UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YIFEI HE | : | CIVIL NO. |
| *Plaintiff,* | : | 3:13-CV-1785-(MPS) |
| | : | |
| *v.* | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| LISA OUELLETTE and SUSAN SEVERO, | : | |
| *Defendants* | : | January 29, 2014 |

**MOTION FOR PROTECTIVE ORDER TO FILE COMPLAINT UNDER FICTITIOUS NAME**

Plaintiff Yifei He respectfully requests a Protective Order to file his Complaint under a Fictitious Name. In support of this motion, the Plaintiff represents as follows:

1. The Defendant, the University of Connecticut, is a public postsecondary institution organized under the laws of Connecticut, located in the State of Connecticut.

2. The Defendant is well known among the academic and professional community of the State of Connecticut, in particular, the legal community of Connecticut.

3. Plaintiff is a former student of the University of Connecticut. Plaintiff is also currently an Attorney in good standing in the State of Connecticut.

4. During the Parties' 26(f) Planning Conference, counsel for Defendants disclosed its various legal defenses as well as its discovery tactics for solely deposing the Plaintiff.

5. Plaintiff alleges claims of discrimination and civil rights violations against the University of Connecticut based upon personal harm suffered, which include psychological and emotional damages, of which Plaintiff seeks to establish through use of expert testimony including *inter alia* psychological evaluation and reports.

6. Plaintiff alleges claims of discrimination based upon his nationality and race which Plaintiff seeks to establish through use of personal affidavits and testimony, revelations of which, would lead to exposure of sensitive and personal details regarding the Plaintiff.

7. Plaintiff's revelation of his true identity would likely damage his reputation as an attorney and professional in the State of Connecticut, as well as his reputation among staff and students of the University of Connecticut.

8. Plaintiff's revelation of his true identity prior to an adjudication on the merits of his claims would likely subject Plaintiff to retaliation, ridicule, and scorn from the legal and professional community of Connecticut as well as from staff and students of the University of Connecticut.

9. Plaintiff's revelation of his true identity would likely damage his future academic and employment opportunities in the State of Connecticut and beyond.

WHEREFORE, Plaintiff respectfully requests a Protective Order to file his Complaint under a Fictitious Name.

**Dated: January 29, 2014**

**YIFEI HE,**
**PLAINTIFF**

/s/ Yifei He

Yifei He
112 Ave T
Brooklyn, NY 11223
Phone: (917) 892-8722
E-mail: cgoppy@gmail.com

## Certificate of Service

I hereby certify that on January 29, 2014, a copy of foregoing Proof of Service was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Yifei He

Yifei He
112 Ave T
Brooklyn, NY 11223
Phone: (917) 892-8722
E-mail: cgoppy@gmail.com